IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIE ALTON HORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CV 110-062 |
| v. | ) | |
| | ) | |
| STATE OF GEORGIA – AUGUSTA JUDICIAL CIRCUIT, OFFICE OF THE PUBLIC DEFENDER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** for failure to state a claim upon which relief can be granted and this civil action is **CLOSED**.

SO ORDERED this 17th day of August, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE